PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Keenan Johnson  Cr.: 14-00586-001
PACTS #: 64488

Name of Sentencing Judicial Officer:   THE HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE
(Reassigned to the Hon. Robert B. Kugler on August 24, 2020)

Date of Original Sentence: 01/29/2015

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute more than 100 grams of Heroin, 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(l) and 841(b)(l)(B)], a Class B felony

Original Sentence: 130 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Alcohol Restrictions, Substance Abuse Testing

Type of Supervision: Supervised Release   Date Supervision Commenced: 10/15/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the standard supervision condition which states **The defendant shall not commit another federal, state, or local crime during the term of supervision.'** |
| | On December 27, 2023, Mr. Johnson was issued a summons from Cherry Hill, New Jersey. Within the summons, Mr. Johnson is charged with N.J.S. 2C:20-3A Theft of Property, a disorderly person offense. |
| | The summons describes a theft of various items from 278 Eleanor Terrace in Cherry Hill, New Jersey. This address is a rooming house with numerous other residents, one of whom is Mr. Johnson's girlfriend. The stolen items include Nike shoes, plants, board games, metal cabinets, HDMI cables, a dog's urn with ashes, plushies, and fidgets. |
| | This matter is pending in Municipal Court. |

Prob 12A – page 2
Keenan Johnson

U.S. Probation Officer Action:

On January 8, 2024, the undersigned spoke with Detective Scott Cairns, Cherry Hill Police Department. Detective Cairns indicated that the alleged victim in the matter described in Violation #1 is unreliable and has changed their story on who stole their belongings numerous times. Detective Cairns stated that there is no evidence outside of the alleged victim's accusation that Mr. Johnson was involved in the theft. Detective Cairns also stated that the alleged victim contacted the Cherry Hill Police Department on January 7, 2024, attempting to withdraw their complaint.

The Probation Office seeks only to notify the Court of this matter and for no other formal court action to be taken at this time. The Probation Office will monitor the case and notify the Court if any further action is needed.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____        1/9/24
ANTHONY M. STEVENS                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

January 9, 2024
Date